RALPH HOWARD LEE v. ELIZABETH C. LYERLY AND NORTH CAROLINA VETERINARY MEDICAL ASSOCIATION

No. 457A95

(Filed 4 April 1996)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 120 N.C. App. 250, 461 S.E.2d 775 (1995), affirming an order granting summary judgment to defendants entered by Butterfield, J., on 8 August 1994 in Superior Court, Greene County. Heard in the Supreme Court 13 March 1996.

*Wooten & Coley, by William C. Coley III, for plaintiff-appellant.*

*Cunningham, Dedmond, Petersen & Smith, by Bruce T. Cunningham, Jr., for defendant-appellees.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Judge John Martin, the decision of the Court of Appeals is reversed. The cause is remanded to that court for further remand to the Superior Court, Greene County, for trial.

REVERSED AND REMANDED.